**Order filed, April 3, 2013.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-13-00161-CV

———————

**JJJ WALKER, LLC; DYNAFAB USA, LLC; RENAISSANCE PROPERTIES OF TEXAS, LLC; PRIYA PROPERTIES, LLC; BD TEXAS, LLC; AND KW HOSPITAL ACQUISITION, LLC, Appellant**

**V.**

**FIRST NATIONAL BANK; MERENSKY REEF HOSPITAL COPORATION; LOUISIANA TEXAS HEALTHCARE MANAGEMENT, LLC; ERIC YOLLICK; AND THE YOLLICK LAW FIRM, P.C., Appellee**

**On Appeal from the 281st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-41034**

## ORDER

The reporter's record in this case was due **March 26, 2013**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Delicia Struss**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM